UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 24-4376
(1:21-cr-00036-ELH-1)
_____

UNITED STATES OF AMERICA

 Plaintiff - Appellee

v.

JACKY LYNN MCCOMBER, f/k/a Jacky Lynn Kimmel

 Defendant - Appellant

_____

O R D E R
_____

 Upon consideration of the submissions relative to appellant's motion for stay of incarceration pending appeal, the court denies the motion.

 Entered at the direction of Judge Berner with the concurrence of Judge Wynn and Judge Quattlebaum.

      For the Court

      /s/ Nwamaka Anowi, Clerk