UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 24-4376
(1:21-cr-00036-ELH-1)
_____

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

JACKY LYNN MCCOMBER, f/k/a Jacky Lynn Kimmel

    Defendant - Appellant

_____

O R D E R
_____

Upon consideration of submissions relative to the motion to exceed the length limitations for briefs, the court grants leave to file opening and response briefs not in excess of 18,000 words. No enlargement is permitted for the reply brief.

    For the Court

    /s/ Nwamaka Anowi, Clerk