# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

April 22, 2025

_____

RESPONSE REQUESTED

_____

No. 24-4376,   US v. Jacky McComber
              1:21-cr-00036-ELH-1

TO:    Jacky Lynn McComber

RESPONSE DUE: 04/24/2025

Response is required to the motion to exceed length limitations on or before 04/24/2025.

Anisha Walker, Deputy Clerk
804-916-2704